UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TINA HOPKINS, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MEDICREDIT, INC., ) <br> ) <br> Defendant. ) | Case No. 4:16 CV 1429 CDP |

## **MEMORANDUM AND ORDER**

Plaintiff brings this purported class action under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq*. She filed her motion for class certification immediately, even though no scheduling conference or discovery has taken place in the case. Defendant moves to deny the motion as premature. Plaintiff filed no reply brief in support of her motion. I will deny the motion for class certification without prejudice as prematurely filed and set this case for a scheduling conference by separate Order.

Accordingly,

**IT IS HEREBY ORDERED** that the motion to certify class [5] is denied without prejudice.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 23rd day of January, 2017.